76  231
79  269
76  231
96  734

BEELER v. GARRETT et al.

**Appeal:** JURISDICTION: DEFECTIVE CERTIFICATE OF JUDGE. The certificate of the trial judge for the appeal of a cause involving less than one hundred dollars is not sufficient to give this court jurisdiction when it fails to state that the questions certified are involved in the case. (See *Beach v. Donovan,* 74 Iowa, 543.)

*Appeal from Poweshiek District Court.*—HON. W. R. LEWIS, Judge.

FILED, DECEMBER 20, 1888.

ACTION to recover specific personal property. Judgment for the defendants, and plaintiff appeals.

*Haines & Lyman,* for appellant.

*Scott & Clute,* for appellees.

SEEVERS, C. J.—The amount in controversy, as shown by the pleadings, is less than one hundred dollars. The trial judge signed a certificate, which states that "the court trying this case at the time of entering judgment herein, and at the request of the plaintiff, certified that it is desirable to have the opinion of the supreme court of Iowa on the following questions of law, to-wit." This is followed by four questions, but the certificate fails to state that a determination of such questions was involved or essential in this case. Such a certificate is insufficient to give this court jurisdiction of this appeal. *Beach v. Donovan,* 74 Iowa, 543. The appeal, therefore, must be

DISMISSED.